

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

James Dewayne Grumbles,

\* From the 91st District Court
of Eastland County,
Trial Court No. 24576.

Vs. No. 11-17-00292-CR

\* November 2, 2017

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Dauphinot,
sitting by assignment)
(Bailey, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.